**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover         Date: June 18, 2010
Court Reporter:     Paul Zuckerman
Interpreter:         Tony Rosato

Criminal Action No. 10-cr-00250-MSK

*Parties*:                                      *Counsel Appearing:*

UNITED STATES OF AMERICA,         Wayne Campbell

         Plaintiff,

v.

MIGUEL ROMEL GUZMAN-PONCE,        Leslee Barnicle

         Defendant.

---

## COURTROOM MINUTES

---

HEARING:    Motions (20, 21, 22)

**4:07 p.m.**      **Court in session.**

Defendant present in custody.

The Court addresses defendant's Motion for Discovery. Statement by the Government.

**ORDER:**      The defendant's Motion for Discovery (**Doc. #20**) is **GRANTED**. By **July 2, 2010**, the Government will provide the remaining discovery, including all information with regard to experts under Rule 16. That disclosure will also comport with all of the particulars of Rule 702. Defendant will provide its disclosures, if any, to the Government by **July 9, 2010**.

The Court addresses defendant's Motion for Discovery of Experts (**Doc. #22**).

**ORDER:**      Defendant's Motion for Discovery of Experts (**Doc. #22**) is **DENIED as moot.**

The Court addresses defendant's Motion to Disclose Grand Jury Material (**Doc. #21**)

**ORDER:**  Defendant's Motion to Disclose Grand Jury Material (**Doc. #21**) is **DENIED as moot.**

Defendant orally moves for a continuance of the trial set for June 21, 2010.  Argument by Ms. Barnicle.  The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**  The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.   Defendant's oral motion to continue the trial is **GRANTED.**  The trial currently scheduled on **June 21, 2010 at 1:00 p.m. is VACATED** and continued to **August 16, 2010 at 1:00 p.m.** and the Final Trial Preparation Conference to **August 13, 2010 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.  The trial is set for 4 days. All subsequent days of trial will begin at 8:30 a.m. unless counsel are notified otherwise.

**4:24 p.m.**  **Court in recess.**

**Total Time:  17  minutes.**
**Hearing concluded.**